S. J. ODOM AND WIFE, BLANCHE B. ODOM, v. S. & W. RENDERING
COMPANY.

(Filed 23 September, 1953.)

APPEAL by defendant from *Parker (Joseph W.), J.,* April Term, 1953,
NASH.   Affirmed.

Civil action to abate a nuisance and to recover compensation for alleged
damages to plaintiffs' real property proximately resulting from the main-
tenance thereof, heard on motion to strike allegations contained in defend-
ant's "further answer and defense."   The motion was allowed and defend-
ant excepted and appealed.

*O. B. Moss for plaintiff appellees.*
*Cooley & May for defendant appellants.*

PER CURIAM.   The facts alleged in defendant's further answer which
were stricken by the order entered in the court below constitute no valid
defense.   They are wholly extraneous and irrelevant.   If the defendant
has any affirmative defense or relevant new matter it desires to plead, it is
fully protected in this respect by the order granting leave to amend.

The order entered in the court below must be
Affirmed.